

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MATTHEW A. GOODHART, <br><br> Plaintiff, <br><br> v. <br><br> THE BOARD OF VISITORS OF THE UNIVERSITY OF VIRGINIA ET AL., <br><br> ANDREA LEEDS ARMSTRONG, <br><br> BARBARA E. ARMACOST, <br><br> and <br><br> JOHN T. CASTEEN, III, <br><br> Defendants. | CIVIL ACTION NO. 3:06-CV-00009 <br><br><br> ORDER <br><br><br> JUDGE NORMAN K. MOON |

This matter is before the Court on Defendants' May 8, 2006 motion to dismiss Plaintiff's Complaint. The Court heard arguments on this motion on July 13, 2006. For the reasons stated in the accompanying Memorandum Opinion, the motion is GRANTED. This case hereby is DISMISSED WITH PREJUDICE and shall be STRICKEN from the docket of this Court.

It is so ORDERED.

The Clerk of the Court is directed to send certified copies of this Order to all Counsel of Record.

ENTERED: *[signature]*
U.S. District Judge

Date: July 31, 2006